# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PEGASUS WIRELESS INNOVATION, LLC, | § § § | |
| *Plaintiff–Counterclaim Defendant*, | § § | |
| v. | § § | |
| CELLCO PARTNERSHIP d/b/a VERIZON, et al., | § § § | |
| *Defendants–Counterclaim Plaintiffs*, | § § | CIVIL ACTION NO. 2:23-CV-640-JRG (Lead Case) |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § § § | |
| *Intervenors*, | § § | |
| v. | § § | |
| KT CORPORATION, | § § | |
| *Third-Party Defendant*. | § § | |
| PEGASUS WIRELESS INNOVATION, LLC, | § § § | |
| *Plaintiff–Counterclaim Defendant*, | § § | |
| v. | § § | |
| AT&T CORP. *et al.*, | § § § | |
| *Defendants–Counterclaim Plaintiffs*, | § § | CIVIL ACTION NO. 2:23-CV-638-JRG (Member Case) |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § § § | |
| *Intervenors*, | § § | |
| v. | § § | |
| KT CORPORATION, | § § | |
| *Third-Party Defendant*. | § § § | |

| | |
|---|---|
| PEGASUS WIRELESS INNOVATION, LLC, <br><br> *Plaintiff–Counterclaim Defendant*, <br><br> v. <br><br> T-MOBILE USA, INC. *et al.*, <br><br> *Defendants/Counterclaim Plaintiffs*, <br><br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br><br> *Intervenors*, <br><br> v. <br><br> KT CORPORATION, <br><br> *Third-Party Defendant*. | CIVIL ACTION NO. 2:23-CV-639-JRG <br> (Member Case) |

# **ORDER**

Before the Court are nine (9) Joint Motions to Dismiss (Dkt. No. 505, Dkt. No. 506, Dkt. No. 507, Dkt. No. 508, Dkt. No. 509, Dkt. No. 510, Dkt. No. 511, Dkt. No. 512, Dkt. No. 513) filed collectively by all Parties to the above-captioned cases. In the Motions, the Parties seek dismissal of all claims asserted in the above-captioned cases pursuant to Federal Rule of Civil Procedure 41(a)(2). Specifically, the Parties seek dismissal of the following claims with prejudice:

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00638-JRG" (Dkt. No. 505, at 2);[1]

- "AT&T's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in such case (*id.*);[2]

---

[1] "Pegasus" refers to Plaintiff and Counterclaim-Defendant Pegasus Wireless Innovations LLC. (*E.g.*, Dkt. No. 505, at 2).
[2] "AT&T" refers collectively to Defendants and Counterclaim-Plaintiffs AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC. (*E.g.*, Dkt. No. 505, at 2).

2

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00639-JRG" (Dkt. No. 506, at 3);

- "T-Mobile's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in such case (*id.*);[3]

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00640-JRG" (Dkt. No. 507, at 2);

- "Verizon's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in such case (*id.*);[4]

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00638-JRG as to Ericsson and Ericsson's products" (Dkt. No. 508, at 3);[5]

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00639-JRG as to Ericsson and Ericsson's products" (Dkt. No. 509, at 3);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00640-JRG as to Ericsson and Ericsson's products" (Dkt. No. 510, at 2);

- "Ericsson's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in each of the above-captioned cases (Dkt. No. 508, at 3; Dkt. No. 509, at 3; Dkt. No. 510, at 2);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00638-JRG as to Nokia and Nokia's products" (Dkt. No. 511, at 3);[6]

---

[3] "T-Mobile" refers collectively to Defendants and Counterclaim-Plaintiffs T-Mobile USA, Inc., Sprint Solutions LLC, and Sprint Spectrum LLC. (*E.g.*, Dkt. No. 506, at 3).
[4] "Verizon" refers collectively to Defendants and Counterclaim-Plaintiffs Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., and TracFone Wireless, Inc. (*E.g.*, Dkt. No. 507, at 2).
[5] "Ericsson" refers to Intervenor Ericsson Inc. (Dkt. No. 508, at 3).
[6] "Nokia" refers to Intervenor Nokia of America Corp. (*E.g.*, Dkt. No. 511, at 3).

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00639-JRG as to Nokia and Nokia's products" (Dkt. No. 512, at 3);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00640-JRG as to Nokia and Nokia's products" (Dkt. No. 513, at 2); and

- "Nokia's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in each of the above-captioned cases (Dkt. No. 511, at 3; Dkt. No. 512, at 3; Dkt. No. 513, at 2).

Further, the Parties seek dismissal of the following claims without prejudice:

- "AT&T's counterclaims as to noninfringement" (Dkt. No. 505, at 3);

- "T-Mobile's counterclaims as to noninfringement" (Dkt. No. 506, at 3);

- "Verizon's counterclaims as to noninfringement" (Dkt. No. 507, at 2);

- "Ericsson's counterclaims as to noninfringement" in each of the above-captioned cases (Dkt. No. 508, at 3; Dkt. No. 509, at 3; Dkt. No. 510, at 2); and

- "Ericsson's counterclaims as to noninfringement" in each of the above-captioned cases (Dkt. No. 511, at 3; Dkt. No. 512, at 3; Dkt. No. 513, at 2).

Collectively, the above-enumerated claims and counterclaims comprise all claims asserted in the above-captioned cases.

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the following claims are **DISMISSED WITH PREJUDICE**:

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00638-JRG" (Dkt. No. 505, at 2);

- "AT&T's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in such case (*id.*);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00639-JRG" (Dkt. No. 506, at 3);

- "T-Mobile's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in such case (*id.*);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00640-JRG" (Dkt. No. 507, at 2);

- "Verizon's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in such case (*id.*);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00638-JRG as to Ericsson and Ericsson's products" (Dkt. No. 508, at 3);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00639-JRG as to Ericsson and Ericsson's products" (Dkt. No. 509, at 3);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00640-JRG as to Ericsson and Ericsson's products" (Dkt. No. 510, at 2);

- "Ericsson's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in each of the above-captioned cases (Dkt. No. 508, at 3; Dkt. No. 509, at 3; Dkt. No. 510, at 2);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00638-JRG as to Nokia and Nokia's products" (Dkt. No. 511, at 3);

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00639-JRG as to Nokia and Nokia's products" (Dkt. No. 512, at 3);

5

- "[A]ll of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:23-cv-00640-JRG as to Nokia and Nokia's products" (Dkt. No. 513, at 2); and

- "Nokia's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND" in each of the above-captioned cases (Dkt. No. 511, at 3; Dkt. No. 512, at 3; Dkt. No. 513, at 2).

**IT IS FURTHER ORDERED** that the following claims are **DISMISSED WITHOUT PREJUDICE**:

- "AT&T's counterclaims as to noninfringement" (Dkt. No. 505, at 3);

- "T-Mobile's counterclaims as to noninfringement" (Dkt. No. 506, at 3);

- "Verizon's counterclaims as to noninfringement" (Dkt. No. 507, at 2);

- "Ericsson's counterclaims as to noninfringement" in each of the above-captioned cases (Dkt. No. 508, at 3; Dkt. No. 509, at 3; Dkt. No. 510, at 2); and

- "Ericsson's counterclaims as to noninfringement" in each of the above-captioned cases (Dkt. No. 511, at 3; Dkt. No. 512, at 3; Dkt. No. 513, at 2).

All requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So Ordered this**

**Dec 17, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE